# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 14-14192-CIV-Middlebrooks/Hopkins

**Conservation Alliance of St. Lucie County, Inc., et al.**
         Plaintiff,

vs.

**United States Department of Transportation, et al.**
         Defendant.

_____/

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

        In accordance with S.D. Fla. L.R. 16.2(d)(1)(b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Lawrence A. Saichek
55 Merrick Way
Suite 401
Coral Gables, FL 33134
Telephone: 305-577-3902
Facsimile: 305-448-0884
E-mail: laslaw18@aol.com

        The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2(b)(7) ("All mediation fees...shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

        Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record.  Plaintiff's Counsel in this case is identified below:

Robert N. Hartsell
Robert N. Hartsell, PA
1600 South Federal Highway, Suite 921
Pompano Beach, FL 33062
Telephone: 954-778-1052
Facsimile: 954-941-6462
E-mail: robert@hartsell-law.com

        DONE at the Federal Courthouse Square, Miami, Florida this 25th day of August, 2014.

                                        STEVEN M. LARIMORE
                                        Court Administrator • Clerk of Court


                                        By:  s/Peggy Johnson                         
                                         Deputy Clerk

Copies to:
The Honorable Donald M. Middlebrooks, United States District Judge
All Counsel of Record and/or Pro Se Parties
Lawrence A. Saichek, Certified Mediator (Copy Mailed)                    Rev. 2013-01