UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-14192-CIV-MIDDLEBROOKS/HOPKINS

CONSERVATION ALLIANCE OF ST. LUCIE
COUNTY, a Florida Not-for-Profit Corporation;
and TREASURE COAST ENVIRONMENTAL
DEFENSE FUND a/k/a INDIAN
RIVERKEEPER

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE COMBINED
CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Federal Defendants
respectfully make this motion for an extension of time to file their combined cross motion for
summary judgment and opposition to Plaintiffs' motion for summary judgment.  The cross
motion is currently due on May 5, 2015.  The Federal Defendants are requesting an additional
week, until May 12, 2015, to file their reply.  This is the Federal Defendants first request for an
extension of time for this combined cross motion.  Granting this motion will move the remaining
deadlines out by one week.  Counsel for the Federal Defendants has conferred with counsel for
Plaintiffs, and Plaintiffs do not oppose this motion.  The grounds for granting this motion are as
follows:

1.      Plaintiffs filed their motion for summary judgment on March 16, 2015.  ECF No. 39 (Plaintiffs' Motion for Summary Judgment).  Pursuant to the Court's Second Amended Scheduling Order, Defendants' combined cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment and memorandum of law in support is due within 50 days of the Plaintiffs' motion for summary judgment.  ECF No. 35 at 2. (Second Amended Scheduling Order).    Defendants' motion is therefore due on May 5, 2015.

2.      Due to undersigned counsel's ongoing responsibilities in other cases, counsel for Federal Defendants has been unable to prepare the cross motion.  Specifically, due to a court hearing in Oregon last week in one case followed by supplemental briefing as well as the filing of a notice of appeal and with an expected motion for an injunction pending appeal in another case, undersigned counsel will be unable to prepare the combined cross motion, have that motion reviewed by relevant employees at the Department of Transportation as well as internally within the Department of Justice, and filed with the Court by May 5, 2015..

3.      Pursuant to Local Rule 7.1(a) undersigned counsel contacted counsel for Defendants before filing this motion and the parties have agreed to a one-week extension (until May 12, 2015) for Defendants to file their combined cross motion for summary judgment and opposition to the Plaintiffs' motion for summary judgment.

4.      Granting this unopposed motion will not cause undue prejudice or harm to the rights of the Parties.  Pursuant to the  Second Amended Scheduling Order, Plaintiffs reply brief is due within 30 days of Federal Defendants' cross motion and Federal Defendants reply is due 30 days thereafter. The briefing schedule will only modestly be affected if a one week extension is granted.

Accordingly, Federal Defendants respectfully request that this Court grant a one-week extension and allow Federal Defendants to file their combined cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on or before May 12, 2015.

Dated:  April, 28 2015

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/ Sean C. Duffy*
SEAN C. DUFFY (FL Bar No. A5502048)
BRIAN M. COLLINS (FL Bar No. A5501994)

Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
Tel: (202) 305-0445 (Duffy)
Tel: (202) 305-0428 (Collins)
Fax: (202) 305-0506
sean.c.duffy@usdoj.gov
brian.m.collins@usdoj.gov

*Attorneys for Federal Defendants*

**Certificate of Service**

I hereby certify that on April 28, 2015, a true and correct copy of the foregoing was served with the Clerk of Court via the CM/ECF system, which will provide service on all counsel of record on the service list below.

*s/ Sean C. Duffy*
Sean C. Duffy
*Attorney for Federal Defendants*

**SERVICE LIST**

ROBERT N. HARTSELL, Esq.
SARAH M. HAYTER, Esq.
Robert@Hartsell-Law.com
Sarah@Hartsell-Law.com
Robert N. Hartsell, P.A.
Federal Tower Building
1600 S. Federal Hwy., Ste. 921
Pompano Beach, FL 33062
Tel: (954) 778-1052
Fax: (954) 941-6462

RACHEL S. DOUGHTY, *pro hac vice*
rdoughty@greenfirelaw.com
1202 Oregon St.
Berkeley, CA 94702
Tel:  (828) 424-2005

*Attorneys for Plaintiffs*

SEAN C. DUFFY
BRIAN M. COLLINS
sean.c.duffy@usdoj.gov
brian.m.collins@usdoj.gov
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
Tel: (202) 305-0445 (Duffy)
Tel: (202) 305-0428 (Collins)
Fax: (202) 305-0506

*Attorneys for Federal Defendants*